# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-2120
LT Case No. 2021-CF-000498

_____

MARVIN JENNINGS NEW,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Sumter County.
Mary P. Hatcher, Judge.

Tammy Jaques, of Jaques Law, P.A., DeLand, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Robin A. Compton, Assistant Attorney General, Daytona Beach, for Appellee.


August 20, 2024


PER CURIAM.

    AFFIRMED.


EDWARDS, C.J., and SOUD and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____